**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                          Government,   :   16 CR. 500 (RMB)
                                          :
       - against -                  :   **ORDER**
                                          :
CRISTIAN GARCIA,                          :
                          Defendant.   :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, April 19, 2023 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 588 231 704#

Dated: April 12, 2023
       New York, NY

                                              */s/ Richard M. Berman*
                                             **RICHARD M. BERMAN**
                                                     **U.S.D.J.**