UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                  Government,           :         16 CR. 500 (RMB)
                                         :
         - against -                    :         **ORDER**
                                         :
CRISTIAN GARCIA,                         :
                    Defendant.            :
-------------------------------------------------------------x

The supervised release hearing previously scheduled for Wednesday, April 19, 2023 at 10:00 A.M. is hereby rescheduled to Thursday, April 20, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 588 231 704#

Dated: April 18, 2023
       New York, NY

                                                  **RICHARD M. BERMAN**
                                                        **U.S.D.J.**