**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 16 CR. 500 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| CRISTIAN GARCIA, | : | |
| | : | |
| Defendant(s). | : | |

------------------------------------------------------------x

The supervised release hearing scheduled for Tuesday, June 6, 2023 at 12:00 P.M. will take place in Courtroom 17B.

Dated: May 31, 2023
      New York, NY

                                                    RICHARD M. BERMAN
                                                          U.S.D.J.