**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 16 CR. 500 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| CRISTIAN GARCIA, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------x

The supervised release hearing previously scheduled for Monday, September 18, 2023 at 10:00 A.M. is hereby rescheduled to Wednesday, October 4, 2023 at 12:30 P.M. The proceeding will be held in Courtroom 17B.

Dated: August 23, 2023
         New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.