UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                   :
                       Government,     :       16 CR. 500 (RMB)
                                                   :
        - against -                              :       **ORDER**
                                                   :
CRISTIAN GARCIA,                                   :
                       Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, October 4, 2023 at 12:30 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 918 508 747#

Dated: September 28, 2023
       New York, NY

                                                    _____
                                                      **RICHARD M. BERMAN**
                                                           **U.S.D.J.**