UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,              :

                                Government,     :      16 CR. 500 (RMB)

          - against -               :      **ORDER**

CRISTIAN GARCIA,                     :
                                 Defendant.     :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 6, 2023 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 263 468 804#

Dated: November 1, 2023
       New York, NY

                                                          _/s/ Richard M. Berman_
                                               **RICHARD M. BERMAN**
                                                     **U.S.D.J.**