UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
                              Government,  :      16 CR. 500 (RMB)
:
        - against -  :      **ORDER**
:
CRISTIAN GARCIA,  :
                               Defendant.  :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, December 21, 2023 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 911 607 755#

Dated: December 13, 2023
       New York, NY

                                                    _____
                                                     **RICHARD M. BERMAN**
                                                            **U.S.D.J.**