UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                            :
                    Government,   :   16 CR. 500 (RMB)
                                            :
       - against -                          :   **ORDER**
                                            :
CRISTIAN GARCIA,                            :
                    Defendant.    :
-------------------------------------------------------------x

       The supervised release hearing is scheduled for Wednesday, March 13, 2024 at 12:00 P.M.

       In the absence of defense objection, the proceeding will be held by video.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

       Dial-in Number: (646) 453-4442
       Conference ID: 532 108 597#

Dated: March 7, 2024
       New York, NY

                                                     _____
                                                    **RICHARD M. BERMAN**
                                                             **U.S.D.J.**