UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                          :
                                                                             :
                     Government,        :        16 CR. 500 (RMB)
                                                                             :
       - against -                                 :        **ORDER**
                                                                             :
CRISTIAN GARCIA,                                          :
                     Defendant.          :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday May 8, 2024 at 9:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 526 121 255#

Dated: May 1, 2024
       New York, NY

                                                                 **RICHARD M. BERMAN**
                                                                      **U.S.D.J.**