**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x

UNITED STATES OF AMERICA,        :

                                      :

                  Government,     :      16 CR. 500 (RMB)

                                        :

        - against -            :      **ORDER**

                                        :

CRISTIAN GARCIA,           :

                                        :

                  Defendant.      :

--------------------------------------------------------------x

      The supervised release hearing previously scheduled for Tuesday, July 9, 2024 at

10:00 A.M. is hereby rescheduled to Tuesday, July 16, 2024 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

      Members of the public and the press can use the following dial-in information to

access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 526 121 255#

Dated: June 26, 2024
      New York, NY

                               _Richard M. Berman_
                              **RICHARD M. BERMAN**
                                   **U.S.D.J.**