UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                         Government,       :         16 CR. 500 (RMB)
                                           :
            - against -                    :         **ORDER**
                                           :
CRISTIAN GARCIA,                           :
                                           :
                         Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 31, 2024 at 10:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 411 224 210#

Dated: October 23, 2024
       New York, NY

                                        _____
                                              RICHARD M. BERMAN
                                                    U.S.D.J.