UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                     Government,         :        16 CR. 500 (RMB)
                                         :
        - against -                      :        **ORDER**
                                         :
CRISTIAN GARCIA,                         :
                                         :
                     Defendant.          :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, November 7, 2024 at 12:00 P.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 411 224 210#

Dated: October 30, 2024
       New York, NY

_____
   **RICHARD M. BERMAN**
         **U.S.D.J.**