UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                         Government,       :        16 CR. 500 (RMB)
                                           :
            - against -                    :        **ORDER**
                                           :
CRISTIAN GARCIA,                           :
                                           :
                         Defendant.        :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, January 9, 2025 at 11:00 A.M.

In the absence of defense objection, the proceeding will be held by video.

# Microsoft Teams
**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442
Conference ID: 390 036 489#

Dated: December 18, 2024
       New York, NY

*Richard M. Berman*
_____
**RICHARD M. BERMAN**
**U.S.D.J.**