**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,        :

                 Government,        :      16 CR. 500 (RMB)

            - against -            :      **ORDER**

CRISTIAN GARCIA,                :

                  Defendant.          :
-----------------------------------------------------------------x

      The supervised release hearing previously scheduled for Thursday, January 9, 2025 at 11:00 A.M. is hereby rescheduled to Tuesday, February 11, 2025 at 10:00 A.M.

      In the absence of defense objection, the proceeding will be held by video.

## Microsoft Teams
### [Join the meeting now](#)

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      Dial-in Number: (646) 453-4442
      Conference ID: 390 036 489#

Dated: January 6, 2025
        New York, NY

                                         *Richard M. Berman*
                                         **RICHARD M. BERMAN**
                                                   **U.S.D.J.**