**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                                     Government,     :     16 CR. 500 (RMB)

                   - against -                         :     **ORDER**

CRISTIAN GARCIA,                                 :

                                                     Defendant.      :
-------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 5, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 762 904 320#

Dated: May 28, 2025
       New York, NY

                                                     RICHARD M. BERMAN
                                                          U.S.D.J.