UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,     :     16 CR. 500 (RMB)
                                         :
      - against -                       :     **ORDER**
                                         :
CRISTIAN GARCIA,                         :
                                         :
                Defendant.      :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Wednesday, July 16, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 331 953 995#

Dated: July 1, 2025
      New York, NY

                                       RICHARD M. BERMAN
                                            U.S.D.J.