UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                          :
                          Government,          :        16 CR. 500 (RMB)
                                          :
              - against -                  :        **ORDER**
                                          :
CRISTIAN GARCIA,                          :
                                          :
                         Defendant.         :
------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, July 24, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams

**Join the meeting now**

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 331 953 995#

Dated: July 16, 2025
       New York, NY

                                                                              **RICHARD M. BERMAN**
                                                                               **U.S.D.J.**