UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
:
                    Government,  :      16 CR. 500 (RMB)
:
    - against -  :      **ORDER**
:
CHRISTIAN GARCIA,  :
:
                    Defendant.  :
---------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, October 9, 2025 at 11:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 981 389 465#

Dated: October 1, 2025
       New York, NY

                                                   **RICHARD M. BERMAN**
                                                          U.S.D.J.