**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x
UNITED STATES OF AMERICA,                  :
                                           :
                        Government,   :   16 CR. 500 (RMB)
                                           :
        - against -              :   **ORDER**
                                           :
CRISTIAN GARCIA,                           :
                                           :
                        Defendant.    :
-----------------------------------------------------------------x

The supervised release hearing is scheduled for Monday, November 17, 2025 at 10:00 A.M.

On all parties' consent, the proceeding will be held by video.

## Microsoft Teams
### Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    Dial-in Number: (646) 453-4442
    Conference ID: 907 632 114#

Dated: November 12, 2025
       New York, NY

                                                  _/s/ Richard M. Berman_
                                             **RICHARD M. BERMAN**
                                                   **U.S.D.J.**