**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                     :
                                              :
                          Government,         :          16 Cr. 500 (RMB)
                                              :
          - against -                         :          **ORDER**
                                              :
CRISTIAN GARCIA,                              :
                                              :
                          Defendant.          :
---------------------------------------------------------------x


The supervised release hearing is scheduled for January 13, 2026 at 1:00 P.M.

On all parties' consent, the proceeding will be held by video.

# Microsoft Teams
## Join the meeting now

Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

Dial-in Number: (646) 453-4442

Conference ID: 155 704 91#

Dated: January 8, 2026
      New York, NY

_____
**RICHARD M. BERMAN**
**U.S.D.J.**