**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :

                Government,                          :          16 Cr. 500 (RMB)

       - against -                          :          **ORDER**

CRISTIAN GARCIA,                          :

              Defendant.                          :

------------------------------------------------------------------x

      The next supervised release hearing is scheduled for February 24, 2026 at 10:00

A.M. on Microsoft Teams. The Court will send the link by email.

Dated: February 18, 2026
      New York, NY

                                    **RICHARD M. BERMAN**
                                       **U.S.D.J.**