**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-against-

CRISTIAN GARCIA,

Defendant.

16 Cr. 500 (RMB)

**ORDER**

The Court is reluctant to authorize Mr. Garcia's travel to Peru at this point in time. Dkt. No. 155 at 4 ("You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.").

The Court would also like to hear from the Probation Officer and the Government.

Date:   March 9, 2026
New York, New York

**RICHARD M. BERMAN, U.S.D.J.**