## KARLOFF C. COMMISSIONG, ESQ.

ATTORNEY AT LAW
405 LEXINGTON AVENUE
9TH FLOOR
NEW YORK, NY 10174

March 6, 2026

**VIA E.C.F. AND ELECTRONIC MAIL**



Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Cristian Garcia,</u> 16 Cr. 500 (RMB) – Letter to Court regarding
    request for Permission to Travel to Peru

Dear Judge Berman:

I represent Cristian Garcia in the above-captioned matter.  I write to request the Court's permission for Mr. Garcia to travel to Peru for a short business trip in connection with a potential employment opportunity.

As the Court is aware, Mr. Garcia has been on supervised release since January 12, 2023. During that time, he has complied fully with all conditions of supervision, remained arrest-free, and maintained steady lawful employment.  He is presently employed as a property manager with MSD Enterprises.  According to the Probation Department, Mr. Garcia has demonstrated sustained compliance and positive adjustment during supervision, and Probation recently recommended early termination of his supervised release based on his progress.

At the most recent status conference on February 24, 2026, Mr. Garcia advised the Court that the company employing him may be sold.  In light of that uncertainty, he has begun exploring additional lawful employment opportunities as a contingency.  One such opportunity involves assisting a business associate, Alex Morales, in identifying clothing manufacturers in Peru who may be able to produce garments at competitive prices for U.S. clients.  Mr. Morales operates a business that connects clients seeking clothing production with manufacturers and receives a fee for facilitating those relationships.  Mr. Garcia has entered into a commission and procurement agreement with Mr. Morales's company, Epic Look S.A.S., under which he would assist in identifying manufacturing partners and supporting business development efforts in the United States market.  See commission and procurement agreement attached as Ex. A.

To evaluate this opportunity, Mr. Garcia seeks permission to travel to Peru with Mr. Morales for the limited purpose of meeting with potential manufacturers.  In particular, Mr. Garcia intends to meet with a former employer in Peru with whom he worked, in 2009–2010, and to explore whether that manufacturer could supply garments at competitive rates.

Mr. Garcia would travel with Mr. Morales and would return promptly after the meetings.  He remains committed to complying with all conditions of supervision and will coordinate any travel logistics with Probation.  Before traveling, Mr. Garcia will provide the Probation Department with the names and locations of the manufacturers he intends to visit, his lodging information, and his travel itinerary.  Should any agreements arise from the trip, Mr. Garcia will promptly disclose all relevant information regarding those arrangements.

Mr. Garcia's request is motivated by a desire to maintain lawful employment and financial stability should his current position change.  His consistent compliance with supervision, steady employment, and Probation's favorable assessment of his progress strongly supports allowing him to pursue this legitimate business opportunity.

Accordingly, we respectfully request that the Court grant Mr. Garcia permission to travel to Peru for this purpose.  If the Court grants permission, Mr. Garcia plans to depart on either Friday, March 13, 2026, or Saturday, March 14, 2026.  Finally, should the Court require any additional information regarding the proposed travel, counsel will promptly provide it.

Respectfully Submitted,
*Karloff C. Commissiong*
Karloff C. Commissiong, Esq.

The Court does not believe travel to PERU (or other international travel/business) should be authorized. See Order dated 3/9/26, at this time.

SO ORDERED;
Date: 3/13/26    Richard M. Berman
Richard M. Berman, U.S.D.J.

2