**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------x

UNITED STATES OF AMERICA,                     :

                    Government,            :            16 Cr. 500 (RMB)

        - against -                     :            **ORDER**

CRISTIAN GARCIA,                              :

                   Defendant.            :

-----------------------------------------------------------------x

The supervised release hearing is scheduled for March 31, 2026 at 11:00 A.M. on Microsoft Teams. The Court will send the link by email.

Dated: March 25, 2026
      New York, NY

                                                 **RICHARD M. BERMAN**
                                                   **U.S.D.J.**