UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

UNITED STATES OF AMERICA,                          :
                                                   :
                              Government,           :          16 Cr. 500 (RMB)
                                                   :
            - against -                             :          **ORDER**
                                                   :
                                                   :
CRISTIAN GARCIA,                                    :
                                                   :
                              Defendant.            :
---------------------------------------------------------------x


The supervised release hearing scheduled for March 31, 2026 at 11:00 A.M. is adjourned

to April 8, 2026 at 1:00 P.M.



Dated: April 1, 2026
       New York, NY


                                                   RMB
                                        _____
                                              **RICHARD M. BERMAN**
                                                   **U.S.D.J.**