**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------x
UNITED STATES OF AMERICA,                    :
                                             :
                Government,        :        16 CR. 500 (RMB)
                                             :
      - against -                           :        **<u>ORDER</u>**
                                             :
CRISTIAN GARCIA,                             :
                                             :
             Defendant.             :
---------------------------------------------------------------x

      The supervised release hearing is scheduled for Wednesday, May 20, 2026 at

1:00 P.M.

      The court will send the link via email.


Dated: May 13, 2026
      New York, NY

                                 *RMB*
                          _____

                         **RICHARD M. BERMAN**
                            **U.S.D.J.**