**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------x
UNITED STATES OF AMERICA,           :
           :
           Government,      :      16 CR. 500 (RMB)
           :
      - against -         :      **ORDER**
           :
CRISTIAN GARCIA,           :
           :
         Defendant.      :
--------------------------------------------------------------x

The supervised release hearing is scheduled for Thursday, June 11, 2026 at

10:00 A.M.

The court will send the link via email.


Dated: June 3, 2026
     New York, NY

**RICHARD M. BERMAN**
**U.S.D.J.**